# UNITED STATES DISTRICT COURT
for the

KENYANA J. LOWERY
_Petitioner_

v.  Case No. 1:22CV453 _(Supplied by Clerk of Court)_

FORSYTH COUNTY
_Respondent_
(name of warden or authorized person having custody of petitioner)

FILED JUN 1 5 2022

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: KENYANA J. LOWERY
   (b) Other names you have used: N/A
2. Place of confinement:
   (a) Name of institution: FORSYTY COUNTY LAW ENFORCEMENT DETENTION CENTER
   (b) Address: 201 N. Church Street - Winston Salem NC, 27101
   (c) Your identification number: # 179514
3. Are you currently being held on orders by:
   ☐ Federal authorities    ☒ State authorities    ☐ Other - explain:
4. Are you currently:
   ☒ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
     If you are currently serving a sentence, provide:
     (a) Name and location of court that sentenced you:
     (b) Docket number of criminal case:
     (c) Date of sentencing:
   ☐ Being held on an immigration charge
   ☐ Other (explain):

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

☒ Pretrial detention
☐ Immigration detention
☐ Detainer
☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☐ Other *(explain)*: _____

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: **FORSYTH COUNTY District Court — Hall of Justice**
   (b) Docket number, case number, or opinion number: **19 CRS 50506**
   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*: **Been Indicted without a probable cause hearing, And without a waver in my Defense.**
   (d) Date of the decision or action: **8-3-2020 - August 3, 2020**

### Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☐ Yes  ☒ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: **N/A**
       (2) Date of filing: **N/A**
       (3) Docket number, case number, or opinion number: **N/A**
       (4) Result: **N/A**
       (5) Date of result: **N/A**
       (6) Issues raised: **N/A**

   (b) If you answered "No," explain why you did not appeal: **Did Not Know I was Indicted without a probable cause hearing or without a waver in my Defense.**

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes  ☒ No

(a) If "Yes," provide:
   (1) Name of the authority, agency, or court:    N/A
   (2) Date of filing:    N/A
   (3) Docket number, case number, or opinion number:    N/A
   (4) Result:    N/A
   (5) Date of result:    N/A
   (6) Issues raised:    N/A

(b) If you answered "No," explain why you did not file a second appeal: **Because my Lawyer Lisa S. Costner fail to represent me properly, So I lack the knowledge of any Indictment.**

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?
☐ Yes     ☒ No

(a) If "Yes," provide:
   (1) Name of the authority, agency, or court:    N/A
   (2) Date of filing:    N/A
   (3) Docket number, case number, or opinion number:    N/A
   (4) Result:    N/A
   (5) Date of result:    N/A
   (6) Issues raised:    N/A

(b) If you answered "No," explain why you did not file a third appeal: **Because my Lawyer Lisa S. Costner fail to notify me of any Right's Been Violated To Indict me.**

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?
☐ Yes     ☒ No

If "Yes," answer the following:
(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
    ☐ Yes     ☒ No

If "Yes," provide:
(1) Name of court: N/A
(2) Case number: N/A
(3) Date of filing: N/A
(4) Result: N/A
(5) Date of result: N/A
(6) Issues raised: N/A

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes    ☒ No

If "Yes," provide:
(1) Name of court: N/A
(2) Case number: N/A
(3) Date of filing: N/A
(4) Result: N/A
(5) Date of result: N/A
(6) Issues raised: N/A

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: Due to I have not been convicted and Due to my case is still pending and I have not been sentence. I'm challenging an Indictment without a probable cause hearing, makes my challenge falls under the 28 U.S.C. § 2241 Statute as a State pretrail Detainee not Federal.

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes    ☒ No

If "Yes," provide:
(a) Date you were taken into immigration custody: N/A
(b) Date of the removal or reinstatement order: N/A
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes    ☒ No

If "Yes," provide:
(1) Date of filing: N/A
(2) Case number: N/A
(3) Result: N/A
(4) Date of result: N/A
(5) Issues raised: N/A

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes ☑ No
If "Yes," provide:
(1) Name of court: N/A
(2) Date of filing: N/A
(3) Case number: N/A
(4) Result: N/A
(5) Date of result: N/A
(6) Issues raised: N/A

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☐ Yes ☑ No
If "Yes," provide:
(a) Kind of petition, motion, or application: N/A
(b) Name of the authority, agency, or court: N/A

(c) Date of filing: N/A
(d) Docket number, case number, or opinion number: N/A
(e) Result: N/A
(f) Date of result: N/A
(g) Issues raised: N/A

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** Forsyth county violated my 5th Amendment with (Reckless endangerment) and my 6th Amendment by not giving me the (Right to a Fair Trail) by not giving me a probable cause hearing.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Due to Forsyth county not giving me a probable cause hearing in my defense puts my life in extreme danger Shows there (Reckless Endangerment). Due to Forsyth county not giving me a probable cause hearing Before any Indictment Violates my (Right To a Fair trail).

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes  ☒ No

**GROUND TWO:** Forsyth county violated my 8th Amendment by (cruel and unusual punishment) by keeping me Incarcerated for over 3 year's with no Bond Allowed on a Non-capital murder case.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Due to I have Been Incarcerated for over 1,095 days. Which is a total of 3 years or more on a non-capital murder case, to which A bond is Allowed with a bond Set By Judge; Has Been Denied and a Bond was set At No Bond Allowed is (cruel and unusual punishment.)

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes  ☒ No

**GROUND THREE:** Forsyth county violated my 9th Amendment Right, byViolating my 5th, 6th, 8th and 14th Amendment Rights, By Denying me the Right To A probable Cause hearing or to wave a probable cause hearing.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Forsyth county Denied me a probable cause hearing or Denied me the Right to wave A probable cause hearing in my Defense, has construed me of several Important Rights and has put my life in extreme Danger.

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes  ☒ No

GROUND FOUR: Forsyth County Violated my 14th Constitutional Amendment Right of (Due process / equal protection).

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Forsyth county District court (Did not) give me a probable cause hearing or give me a chance to wave a probable cause hearing in my Defense before they Indicted my case to Superior court shows clear violation of my equal protection Right and has put my life in extreme Danger.

(b) Did you present Ground Four in all appeals that were available to you?
☒ Yes     ☒ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: Due to I never Filed any appeal because I lack the knowledge of any Right Been violated Due to my Lawyer Lisa S. Costner Fail to Challege any or Represent me properly. lack knowledge

**Request for Relief**

15. State exactly what you want the court to do: - Order a probable cause hearing, for Immediate Release, for violating very Important Rights of the state and Federal constitutional Rights, or Release from any conviction or sentence Immediatly, or Immediate Dismissal of Case # 19CRS 50506.

Page 8 of 9

Case 1:22-cv-00453-TDS-JLW   Document 1   Filed 06/15/22   Page 7 of 8

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system: **6/13/2022**

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: **3/15/2022**          **Kenyana J. Lowery**
                                          *Signature of Petitioner*

_____
*Signature of Attorney or other authorized person, if any*